FILED
2017 Jun-06  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
5/5/2017 11:36 PM
01-CV-2017-901871.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| TERESA MAIDEN, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.: _____ |
| ) | |
| STARR INDEMNITY AND LIABILITY COMPANY, ) | |
| and DEFENDANTS "A" "B" and "C" whether ) | |
| singular or plural, that person, firm, ) | |
| corporation or entity who or which may ) | |
| be or was the insurer of BOG, INC. ) | |
| which has a judgment against it ) | |
| emanating from an apartment fire in ) | |
| which the Plaintiff sustained damages. ) | |
| ) | |
| Defendants. ) | |

### COMPLAINT FOR A DECLARATORY JUDGMENT

**Comes Now** the Plaintiff by and through the undersigned attorney in the above-styled cause, and states unto the Court as follows:

1.   The Court's jurisdiction is invoked pursuant to the provisions of the Code of Alabama, 1975, § 6-6-220 et seq.

### DESCRIPTION OF THE PARTIES

2.   The Plaintiff is over the age of nineteen years and has been a resident citizen of Jefferson County, Alabama for more than six months prior to the filing of this action.

3.   The Defendant, Starr Indemnity & Liability Company, is a business entity which is a part of Starr Companies, a global insurance company, and engages in the business of providing property and casualty insurance to a variety of businesses and other parties located throughout the nation including in Jefferson County, Alabama.

4. Defendants fictitiously identified as either "A", "B" or "C" whose more correct names and identities are unknown to the Plaintiff at this time but will be more correctly named when their identities are ascertained are the respective persons and/or entities who were or may have also been the insurer of BOG, Inc., at the time of an apartment fire at Westbury Apartments in Birmingham, Alabama on May 4, 2013, in which the Plaintiff sustained damages.



## DECLARATORY JUDGMENT ACTION

5.   On May 4, 2013, the Plaintiff was one of the tenants whose apartment at Westbury Apartments was destroyed by a fire which occurred at the apartment complex. At that time, the landlord of the Westbury Apartments was BOG, Inc.  As a result of such fire, the Plaintiff and other affected tenants sustained damages and initially filed an insurance claim against Cook Claim Services, Inc.

6.   Cook Claim Services, Inc. notified the Plaintiff's attorney that it was the insurer of the landlord, accepted the claim, and assigned a claim number to such claim.

7.   Subsequent to the claim being established, Cook Claim Services, Inc. assigned an adjuster to handle the claim, who along with another adjuster obtained statements from all the affected tenants.

8.   During the pendency of the claim with Cook Claim Services, Inc., Plaintiff's attorney was informed by Cook Claim Services, Inc. that Starr Indemnity & Liability Company ("Starr") had acquired the claim and was now the insurer.

9.   Starr continued to hold itself out as the insurer, although it had not accepted liability, which caused the Plaintiff and the other affected tenants to file a lawsuit against the landlord, BOG, Inc., and its principal officer, Melvin Cheatum.

10.   On December 9, 2015, the Plaintiff and other tenants obtained a default judgment against the landlord, BOG, Inc. for $269,737.00, and on or about April 27, 2016, their attorney sent a letter to Starr requesting that it satisfy the judgment.

11.   On or about May 6, 2016, the Plaintiff's attorney received a letter from Starr's Claim Manager, claiming that neither BOG, Inc. nor Melvin Cheatum was Starr's insured, under the referenced Starr policy, although that representative had previously represented that BOG, Inc. was its insured. Therefore, Starr did not pay the judgment.

12.   There exists an actual controversy between Plaintiff and Defendant on which substantial property rights depend.

13.   Plaintiff avers that the landlord did in fact have an insurance policy in effect with the Defendant, either through or under another party with Starr, or directly in its name with Starr who held the landlord out as its insured until it was time to satisfy the judgment.

DOCUMENT 2

14.   However, Defendant has maintained that the above landlord is not its insured, and has refused to satisfy the judgment against the landlord, although during the pendency of the insurance claim and before a default judgment was rendered, Defendant had continued to represent that the landlord was in fact its insured.

15.   The Plaintiff hereby adopts and incorporates by reference the allegations set forth in paragraphs 1 through 14 as if fully set forth herein.

16.   Party Defendants fictitiously identified as "A", "B" and "C", whether singular or plural whose more correct names and identities are unknown to the Plaintiff at this time, but are the respective persons and/or entities who were or may have been the insurer of BOG, Inc., at the time of the apartment fire at Westbury Apartments in Birmingham, Alabama on May 4, 2013, in which the Plaintiff sustained damages.

17.   Plaintiff avers that Party Defendants "A", "B" and "C", fictitiously identified in paragraph 4 are those parties who may be obligated through an insurance agreement or contract to satisfy the Plaintiff's and other tenants' judgment against the landlord, BOG, Inc.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff prays that the Court upon a final hearing will render a declaratory judgment adjudging the rights of each party and whether the Defendant(s) was the insurance carrier of the landlord either directly or through another party. Further, Plaintiff prays that the Court will grant such other, further or different relief as may be just and proper, plus the costs of this action.

/s/Victor R. Spencer
Victor R. Spencer (SPE029)
Attorney for Plaintiff
3026 Ensley Avenue
Birmingham, AL 35208

DEFENDANT'S ADDRESS:

Starr Indemnity & Liability Company
c/o Any Officer or Agent
500 W. Monroe Street, Suite 3100
Chicago, IL 60661

**SERVE DEFENDANT BY CERTIFIED MAIL**

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2017-901871.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### TERESA MAIDEN V. STARR INDEMNITY & LIABILITY COMPANY

**NOTICE TO:** STARR INDEMNITY & LIABILITY COMPANY, C/O ANY OFFICER OR AGENT 500 W. MONROE ST STE 3100, CHICAGO, IL 60661

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), VICTOR RAY SPENCER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3026 ENSLEY AVENUE, BIRMINGHAM, AL 35208

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TERESA MAIDEN pursuant to the Alabama Rules of the Civil Procedure.

| 5/5/2017 11:36:26 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.         /s/ VICTOR RAY SPENCER

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.
*(Date)*

_____
*(Address of Server)*

_____    _____
*(Type of Process Server)*         *(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TERESA MAIDEN V. STARR INDEMNITY & LIABILITY COMPANY

01-CV-2017-901871.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $6.77

Parties to be served by Certified Mail - Return Receipt Requested

STARR INDEMNITY & LIABILITY COMPANY                    Postage: $6.77
C/O ANY OFFICER OR AGENT
500 W. MONROE ST STE 3100
CHICAGO, IL 60661

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$   CV2017 901871 slc

Total Postage and Fees
$

Sent To    Starr Indemnity & Liability Co.

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7017 0530 0000 1071 5661

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
STARR INDEMNITY & LIABILITY COMPANY

C/O ANY OFFICER OR AGENT
500 W. MONROE ST STE 3100
CHICAGO, IL 60661

CV2017 901871 slc

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2712 6351 3201 32

2. Article Number *(Transfer from service label)*
7017 0530 0000 1071 5661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                        ☐ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STARR INDEMNITY & LIABILITY COMPANY

C/O ANY OFFICER OR AGENT

500 W. MONROE ST STE 3100

CHICAGO, IL 60661

CV2017 901871 SC

9590 9402 2712 6351 3201 32

2. Article Number *(Transfer from service label)*

7017 0530 0000 1071 5661

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _signature_

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 2712 6351 3201 32

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
MAY 2 3 2017
ANNE-MARIE ADAMS
CLERK

* Sender: Please print your name, address, and ZIP+4 in this box*

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203